# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Cruz v. Lackawanna Co. Prison | : CIVIL NO. 1-CV-07-1161 |
| Inmate: | Cesar Wilfredo Paulino Cruz | : (Judge Conner) |
| ID Number: | A97-523-778 | : (Magistrate Judge Smyser) |

## ORDER

On June 28, 2007, Cesar Wilfredo Paulino Cruz, an inmate confined at the Lackawanna County Prison, Scranton, Pennsylvania, filed a habeas corpus petition without submitting a filing fee or a motion to proceed in forma pauperis. By Administrative Order dated July 2, 2007, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed in forma pauperis. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

DATE:   August 15, 2007